Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 10-70180-HdH-13 |
| | § |
| Maria Rocio Villadiego | § |
| | § JUDGE HARLIN D. HALE |
| | § |
| | § HEARING DATE: 9/18/2013 |
| DEBTOR | § HEARING TIME: 10:00 A.M. |

### NOTICE OF HEARING, PRE-HEARING CONFERENCE
### AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

### NOTICE OF HEARING

On 9/18/2013, which is at least twenty-eight (28) days from the date of service hereof, at 10:00 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 222, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

### NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 08/21/2013, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
Maria Rocio Villadiego § CASE NO. 10-70180-HdH-13
 §
 § HEARING DATE: 9/18/2013
DEBTOR § HEARING TIME: 10:00 A.M.

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 08/21/2013

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed: 4/27/2010

2. Date of Section 341 Meeting: 5/24/2010

3. First Payment Date: 5/27/2010

4. Date of Confirmation: 6/18/2010

5. Total Plan Term Prior to this Modification: 51

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval: 40

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 11

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 9/27/2013

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $21,840.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk: $21,840.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $560.00

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

TRCC 1/6/2011

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

   x          DECREASE monthly payment from $560.00 per month to $180.00 per month
               (must coincide with resume date shown in item 9 above)

Any arrears indicated in item 8 above shall be cured by the following method: N/A

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $180.00 will resume on or before 9/27/2013 for 11 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $28,560.00 to $24,380.00

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:                              $22,400.00

2. (+)Plus Total Payments to be made
through the Remainder of Plan:                         $ 1,980.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount                                     $24,380.00

IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

X The unsecured creditor pool remains $0.

V.  SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

| CT | S-Texoma Community Credit Union | 2008 Cadillac CTS | $16,307.17 | Pay Direct |
|----|---------------------------------|-------------------|------------|------------|

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

Note:  Changes to any creditors above shall not be effective until the Modification is approved.

VI.  ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee;

VII.  REASON FOR MODIFICATION

This modification is requested for the following reason(s):  Debtor wishes to pay direct to Texoma Community Credit Union on 2008 Cadillac CTS.  Debtor's income and expenses have changed, therefore Debtor wishes to lower plan payment.

VIII.  BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

See Amended Schedules I & J on file with the Court.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on 08/21/2013, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

```
Label Matrix for local noticing        United States Trustee                  1100 Commerce Street
0539-7                                  1100 Commerce Street                  Room 1254
Case 10-70180-hdh13                     Room 976                              Dallas, TX 75242-1305
Northern District of Texas              Dallas, TX 75242-0996
Wichita Falls
Wed Aug 21 11:36:55 CDT 2013

Accounts Receivable Management          Allied Interstate Inc                 B-Line, LLC
PO Box 129                              3000Corporate Exchange Dr             Attn: Steven Kane
Thorofare, NJ 08086-0129                5th Floor                             P.O. Box 91121
                                        Columbus, OH 43231-7723               Dept. 550
                                                                              SEATTLE, WA 98111-9221

Bank Of America                         Brinks Alarm                          CR Evergreen, L.L.C.
Attn: Bankruptcy NC4-105-03-14          4514 Hughes                           PO Box 91121
PO Box 26012                            Wichita Falls, TX 76308-3437          MS 550
Greensboro, NC 27420-6012                                                     Seattle, WA 98111-9221

CR Evergreen, LLC                       Calvary Portfolio Services            Cavalry Portfolio Services, L.L.C.
MS 550                                  Attention:  Bankruptcy Department     500 Summit Lake Drive Suite No. 400
PO Box 91121                            PO Box 1017                           Valhalla, NY 10595-2322
Seattle, WA 98111-9221                  Hawthorne, NY 10532-7504

(p)CAVALRY PORTFOLIO SERVICES LLC       Cavalry Portfolio, LLC                Charles Dennis
500 SUMMIT LAKE DR                      500 Summit Lake Drive Suite No. 400   4018 Call Field Rd
STE 400                                 Valhalla, NY 10595-2322               Wichita Falls, TX 76308-2667
VALHALLA NY 10595-2322

Chase                                   Chase Bank USA NA                     Chase Bank USA,N.A
Bank One Card Serv                      PO BOX 15145                          CO Creditors Bankruptcy Service
Westerville, OH 43081                   Wilmington, DE 19850-5145             P O Box 740933
                                                                              Dallas,Tx 75374-0933

Chase-pier1                             CitiCorp Trust Bank                   Citifinancial Retail Services
Attn: Recovery                          P.O. Box 140489                       Citifinancial-Attn: Bankruptcy Dept
PO Box 15298                            Irving, TX 75014-0489                 1111 Northpoint Dr
Wilmington, DE 19850-5298                                                     Coppell, TX 75019-3831

City of WF, WFISD, Wichita County       Collection                            Compass Bank
CO Perdue Brandon Fielder Collins & Mott 700 Longwater Dr                     CO Ascension Capital Group
P.O. Box 8188                           Norwell, MA 02061-1796                PO Box 201347
Wichita Falls, Texas 76307-8188                                               Arlington, TX 76006-1347

Compass Bank                            Compass Bank                          Compass Bank -Secured Department
Attn: Bankruptcy                        P.O. Box 10566                        CO Ascension Capital Group
PO Box 10566                            Birmingham, AL 35296-0001             P.O. Box 201347
Birmingham, AL 35296-0001                                                     Arlington, TX 76006-1347

Consumer Credit Counseling Service      Department Stores National Bank-Macys East Bay Funding, LLC
4210 Kell West Ste 200                  Nco Financial Systems, Inc.           CO Resurgent Capital Services
Wichita Falls, TX 76309-4821            PO Box 4275                           PO Box 288
                                        Norcross, GA 30091-4275               GREENVILLE, SC 29602-0288
```

```
Enhanced Recovery Corp              Fia Card Services, NA As Successor In Intere    First Bank
8014 Bayberry Rd                    Bank of America NA and Mbna America Bank        2801 Midwestern Parkway Suite 200
Jacksonville, FL 32256-7412         1000 Samoset Drive                              Wichita Falls, TX 76308-2850
                                    DE5-023-03-03
                                    Newark, DE 19713-6000


First Financial Bk Na               Fncc                                            GE Money Bank
400 Pine St                         Attn: Bankruptcy                                Attn: Bankruptcy Department
Abilene, TX 79601-5137              PO Box 5097                                     PO Box 960061
                                    Sioux Falls, SD 57117-5097                      Orlando FL 32896-0661


Gemb-care Credit                    Gemb-walmart                                    HSBC Bank Nevada, N.A.
Attn: Bankruptcy                    Po Box 981400                                   by PRA Receivables Management, LLC
PO Box 103106                       El Paso, TX 79998-1400                          PO Box 12907
Roswell, GA 30076-9106                                                              Norfolk VA 23541-0907


Hilco Rec                           (p)INTERNAL REVENUE SERVICE                     James Lane Air Conditioning & Plumbing
Attn: Bankruptcy                    CENTRALIZED INSOLVENCY OPERATIONS               5024 Jacksboro Hwy
1120 Lake Cook Road Suite B         PO BOX 7346                                     Wichita Falls TX 76302-3520
Buffalo Grove, IL 60089-1970        PHILADELPHIA PA 19101-7346


Kohls-chase                         Lowes - MBGA                                    Macys-fdsb
N56 W 17000 Ridgewood Dr            Attention:  Bankruptcy Department               Macys Bankruptcy
Menomonee Falls, WI 53051-7096      PO Box 103104                                   PO Box 8053
                                    Roswell, GA 30076-9104                          Mason, OH 45040-8053


Monte J. White & Associates         NATIONAL CREDIT ADJUSTERS LLC                   National Capital Management, LLC.
1106 Brook Ave                      c o Jefferson Capital Systems LLC               8245 Tournament Drive
Wichita Falls TX 76301-5009         PO BOX 7999                                     Suite 230
                                    SAINT CLOUD MN 56302-7999                       Memphis, TN 38125-1741
                                                                                    USA


National Credit Adjust              PRA Receivables Management LLC                  PRA Receivables Management, LLC
PO Box 3023                         PO Box 41067                                    As Agent Of Portfolio Recovery Assocs.
Hutchinson, KS 67504-3023           Norfolk, VA 23541-1067                          CO Capital One Bank, N.a.
                                                                                    POB 41067
                                                                                    Norfolk VA 23541-1067


PRA Receivables Management, LLC     PRA Receivables Management, LLC                 PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.  As Agent Of Portfolio Recovery Assocs.      As Agent Of Portfolio Recovery Assocs.
CO Lowes                            CO Shell                                        CO Wal-mart
POB 41067                           POB 41067                                       POB 41067
Norfolk VA 23541-1067               Norfolk VA 23541-1067                           Norfolk VA 23541-1067


Paragonway                          (p)PORTFOLIO RECOVERY ASSOCIATES LLC            Portfolio Recovery Assocs., LLC
2101 West Ben Whit                  PO BOX 41067                                    POB 41067
Austin, TX 78704-7516               NORFOLK VA 23541-1067                           NORFOLK, VA 23541-1067


Precision Recovery Analytics        Precision Recovery Analytics CO Resurgent Ca    Precision Recovery Analytics, Inc
co of Resurgent Capital Services    P.O. Box 288                                    MS 550
P.O. Box 288                        Greenville, SC 29602-0288                       PO Box 91121
Greenville, SC 29602-0288                                                           Seattle, WA 98111-9221
```

```
Skyline Developers Inc.              TARGET NATIONAL BANK                   Texoma Community Cr Un
3501 McNiel                          C O WEINSTEIN AND RILEY, PS             Po Box 1320
Wichita Falls, Texas 76308-1502      2001 WESTERN AVENUE, STE 400            Wichita Falls, TX 76307-1320
                                     SEATTLE, WA 98121-3132


Tnb-visa                             WICHITA FALLS CITY, ISD & WICHITA CO    eCAST Settlement Corporation
PO Box 560284                        CO PERDUE BRANDON FIELDER COLLINS & MOT POB 29262
Dallas, TX 75356-0284                PO BOX 8188                             New York, NY 10087-9262
                                     WICHITA FALLS TX 76307-8188


Maria Rocio Villadiego               Monte J. White                          Walter 12,13 OCheskey
4809 Belair Blvd                     Monte J. White & Associates, P.C.       6308 Iola Avenue
Wichita Falls, TX 76310-1453         1106 Brook Avenue                       Lubbock, TX 79424-2735
                                     Hamilton Place
                                     Wichita Falls, TX 76301-5009
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cavalry Portfolio Services, LLC      IRS Special Procedures                  Portfolio Rc
7 Skyline Drive, Third Floor         1100 Commerce St., Room 951             Attn: Bankruptcy
Hawthorne, NY  10532                 Mail Stop 5029 DAL                      PO Box 41067
                                     Dallas, TX 75246                        Norfolk, VA 23541


(d)Portfolio Recovery Associates, LLC (d)Portfolio Recovery Associates, LLC.
POB 41067                            P.O. Box 41067
Norfolk, VA 23541                    Norfolk, VA 23541
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)B-Line, LLC                       (d)East Bay Funding, LLC                (u)Pedro Lerma
Attn: Steven Kane                    CO Resurgent Capital Services
P.O. Box 91121                       PO Box 288
Dept. 550                            Greenville, SC 29602-0288
Seattle, WA 98111-9221


(d)Portfolio Recovery Assocs., LLC   End of Label Matrix
POB 41067                            Mailable recipients    68
Norfolk, VA 23541-1067               Bypassed recipients     4
                                     Total                  72
```